

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00158-CV

CANDICE SCHWAGER, Appellant

V.

CAROL ANNE MANLEY, DAVID PETERSON, AND SILVERADO SENIOR
LIVING, INC. D/B/A SILVERADO LIVING CENTER–SUGAR LAND, Appellees

Appeal from the Probate Court No. 1 of Harris County, Texas (Tr. Ct. No. 427, 208-401)

After due consideration, the Court **grants** the unopposed motion to dismiss this appeal filed by the appellant, Candice Schwager. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be **dismissed**.

It is further **ORDERED** that appellant pay all costs incurred by reason of this appeal.

It is further **ORDERED** that this decision be certified below for observance.

Judgment rendered April 7, 2015

Judgment rendered by panel consisting of Justices Keyes, Bland, and Massengale.